UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 15- 607 (NLH) |
| | : | |
| v. | : | |
| | : | |
| ANGEL RODRIGUEZ | : | |

WAIVER OF IAD ANTISHUTTLING RIGHTS

I, ANGEL RODRIGUEZ, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree that:

1. I have previously been convicted and sentenced to serve a term of imprisonment in the New Jersey Department of Corrections and am currently serving that term of imprisonment in the Southern State Correctional Facility in New Jersey. I have not completed serving that sentence.

2. I now face federal charges in the District of New Jersey, and for that reason, I have been brought to federal court in Camden, New Jersey.

3. I have been advised that the Interstate Agreement on Detainers, Title 18, United States Code, Appendix 2, may apply to my case and that, if it does, I have the right to remain in federal custody until the federal charges against me have been concluded, rather than to return to the New Jersey Department of Corrections to continue serving out my sentencing there.

4. Knowing this, I do hereby waive my right to remain in federal custody, and I request to be promptly returned to the New Jersey Department of Corrections, in the Southern State Correctional Facility in New Jersey, to continue serving my sentencing there. I further understand that if ordered to do so, the United States Marshal Service shall produce me, pursuant to a writ, for further proceedings in this matter.

_____      12/3/15
Angel Rodriguez                 Date:
Defendant

_____      12-3-15
Christopher O'Malley, Esquire    Date:
Attorney for Defendant Angel Rodriguez


_____
Honorable Noel L. Hillman
United States District Judge